1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   WILLIAM RODRIGUEZ JR.,          )   NO. ED CV 13-01321 PSG (AS)
                                      )
12                Petitioner,         )
                                      )
13           v.                       )   **ORDER ACCEPTING FINDINGS,**
                                      )
14   M.E. SPEARMAN, Warden,           )   **CONCLUSIONS AND RECOMMENDATIONS OF**
                                      )
15                Respondent.         )   **UNITED STATES MAGISTRATE JUDGE**
     _____)

16

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge.  The Court accepts and

21   adopts the Magistrate Judge's Report and Recommendation.

22

23       IT IS ORDERED that Judgment be entered denying and dismissing the

24   Petition with prejudice.

25   ///

26   ///

27   ///

28   ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  November 19, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2