**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM RODRIGUEZ JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> M.E. SPEARMAN, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | NO. ED CV 13-01321 PSG (AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 19, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE